UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHIVA STEIN, | : |
| Plaintiff, | : Civil Action No. 17-cv-3077-AMD-ST |
| v. | : |
| CELGENE CORPORATION, | : |
| Defendant. | : |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Shiva Stein voluntarily dismisses this action with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).

Dated: New York, New York
July 18, 2017

**BARRACK, RODOS & BACINE**

By:  /s/ A. Arnold Gershon
A. Arnold Gershon
Michael A. Toomey
11 Times Square
640 Eighth Avenue, 10th Floor
New York, NY  10036
Telephone:  (212) 688-0782
Facsimile:  (212) 688-0783

*Attorneys for Plaintiff Shiva Stein*